```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHNNY ARCO, LLC, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> THE BRITISH BROADCASTING CORPORATION, ET AL., <br><br> Defendants. | 15-CV-9530 (LAP) <br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    This action was closed in 2016.  (See dkt. nos. 4, 10, 12.) The Court has now received Mr. Juan Pablo Chavez's letter appearing to raise issues that do not relate to the above titled action, including alleged violations of his rights to due process and a speedy trial, as well as his desire to pursue a malicious prosecution claim.  These allegations are not properly before this Court and it will thus not address them.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Chavez.

**SO ORDERED.**

Dated:    New York, New York
           September 29, 2025

                                  *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge